IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| NETTIE GARRISON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 3:21-cv-789-ECM |
| | ) | (wo) |
| DONTRAVIUS A'MON GILBERT, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The parties have reported to the Court that a settlement has been reached in this matter. Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order.

Costs are taxed as paid.

The Clerk of the Court is DIRECTED to close this case.

DONE this 28th day of November, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE